### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | ) | |
|---|---|---|
| **In re:**   Lamont M. McCune | ) | 04 B 04229 |
| (and others) | ) | (and others) |
| | ) | |
| Debtor(s), | ) | |
| | ) | |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

      Now comes Marilyn O. Marshall, Chapter 13 Trustee ("Trustee"), pursuant to 11 U.S.C.§347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court.

1. The Standing Trustee has been duly appointed, qualified and continues to serve as the Standing Trustee in the cases listed on the attached Exhibit "A".

2. In furtherance of her duties the Standing Trustee sent Distribution checks via U.S. Mail to those Creditors listed on the attached Exhibit "A".

3. The Distribution checks for these Creditors have been returned to the Standing Trustee marked "Return to Sender, No Forwarding Address". All reasonable attempts have been expended to locate these Creditors with no success.

4. By reason of the foregoing, the Standing Trustee has caused payment to be stopped on the Distribution checks and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check #314917, pursuant to §347 of the Bankruptcy Code.

                                                Respectfully submitted,

                                                /s/ Marilyn O. Marshall
                                                Marilyn O. Marshall,
                                                Standing Trustee

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300